## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DENISE RAY**

**VERSUS**

**ANDREW M. SAUL**
**COMMISSIONER OF SOCIAL SECURITY**

**CIVIL ACTION**

NO. 20-237-JWD-RLB

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Reports dated January 25, 2022, (Doc. 23), to which no was filed;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 17) is DENIED, the decision of the Commissioner is AFFIRMED, and Plaintiff's appeal is DISMISSED with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 2, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**